UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE ILES,<br><br>                    Plaintiff,<br><br>         v.<br><br>HEATHER SHIRLEY, et al.,<br><br>                    Defendants. | No.  1:23-cv-00517-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 4) |

Plaintiff Tommie Iles ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2023, Plaintiff initiated this action with eighteen other inmates by filing a single unsigned civil rights complaint under 42 U.S.C. § 1983.  *See Ricky L. Thomas et al. v. Shirley, et al.*, Case No. 1:23-cv-00470-BAM.  On April 5, 2023, the assigned Magistrate Judge, after determining each of the eighteen plaintiffs must proceed in separate actions, severed the claims and ordered each plaintiff, including Plaintiff, to submit his own complaint and either pay the $402.00 filing fee or apply to proceed *in forma pauperis* under 28 U.S.C. § 1915 within 45 days.  (ECF No. 1 at 2-3.)  The Court expressly warned Plaintiff that a failure to comply "will result in dismissal of that Plaintiff's individual action."  (ECF No. 1 at 4.)  Plaintiff failed to timely comply with the April 5, 2023, Order, and on June 5, 2023, the Magistrate Judge filed a findings and

recommendations, recommending that this action be dismissed for Plaintiff's failure to prosecute. (ECF No. 4.)  The findings and recommendations were served on Plaintiff and contained notice that objections thereto were to be filed within fourteen days.  (*Id*. at 4.)  Plaintiff failed to file any objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The Findings and Recommendation, filed on June 5, 2023, (ECF No. 4) is adopted in full; and
2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against plaintiff.

IT IS SO ORDERED.

Dated:   July 13, 2023

UNITED STATES DISTRICT JUDGE

2